FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

**R a l p h      B a k e r**

(Enter above the full name of the plaintiff in this action)

COMPLAINT

### V.

Civil Action No. _____

Judge  Andrea      Carter, JSC

Middlesex County Superior Court

Nancy    Hulett, Asst Prosecuto,

 Middlesex County Prosecutor's  Office

Miartha B. McKinney, Asst. Prosecutor

Middlesex County Prosecutor's Office

Judge Edward M. Coleman

Somerset County Courthouse

James K. Lankford Esq.

Somerset County Prosecutor's Office

Harry   Corey, DNA Analyst

New Jersey State Forensic Unt

(To be supplied by the Clerk of the Court)

(Enter the full name of the defendant of defendants in this action)

## INSTRUCTIONS; READ CAREFULLY

1.   This complaint must be legibly handwritten or typewritten, signed by the plaintiff and  subscribed to under penalty of perjury as being true and

correct.  All questions must be answered concisely in the proper space on the form.  Where more space is needed to answer any question, attach a separate sheet.

2.    In accordance with Rule 8 of the Federal Rules of Civil Procedure, the complaint should  contain (1) a short and plain statement of the grounds upon which the court's  jurisdiction depends, (2) a short plain statement of the claim showing that you are entitled to relief, and (3) a demand for Type text here
judgment for the relief which you seek.

3.    You must provide the full name of each defendant or defendants and where they can be found.

4.    You must send the original and one copy of the complaint to the Clerk of the District Court.  You must also send one additional copy of the complaint for each defendant to the Clerk. Do not send the complaint directly to the defendants.

5.    Upon receipt of a fee of $402.00 (a filing fee of $350.00, and an administrative fee of  $52.00), your complaint will be filed.  You will be responsible for service of a separate summons and copy of the complaint on each defendant.  See Rule 4, Federal Rule of Civil Procedure.
6.    If you cannot prepay the $402.00 fee, you may request permission to proceed in forma pauperis in accordance with the procedures  set forth in the application to proceed in forma pauperis.  See 28 U.S.C. §1915.  (If there is more than one plaintiff, each plaintiff must separately request permission to proceed in forma pauperis.)

7.    If you are given permission to proceed in forma pauperis, the $52.00 Administrative Fee will not be assessed.  The Clerk will prepare and issue a copy of the summons for each defendant.  The copies of summonses and the copies of the complaint  which you have submitted will be forwarded  by the Clerk to the United States Marshal, who is responsible for service.  The Marshal has USM-285 forms you must complete so that the Marshal can locate and serve each defendant.  If the forms are sent to you, you must complete them in full and return the forms to the Marshal.

## QUESTIONS TO BE ANSWERED

1a.  Jurisdiction is asserted pursuant to (CHECK ONE)

__x_ 42 U.S.C. §1983 (applies to state prisoners) x

____    Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

If you want to assert jurisdiction under different or additional statutes, list these below:

*Miller v. United States*, No. 23-94, 2024 U.S. LEXIS 2934, 2024 WL 3259658 (U.S. July 2, 2024), *and cert. granted, judgment vacated sub nom. Lang v. United States*, No. 23-32, 2024 U.S. LEXIS 2926, 2024 WL 3259659 (U.S. July 2, 2024))._____

_____

1b.  Indicate whether you are a prisoner or other confined person as follows:

___ Pretrial detainee

___ Civilly-committed detainee

___ Immigration detainee

_x_ Convicted and sentenced state prisoner

___ Convicted and sentenced federal prisoner

___ Other: (please explain)_____

2.    Previously Dismissed Federal Civil Actions or Appeals

If you are proceeding in forma pauperis, list each civil action or appeal you have brought in a federal court while you were incarcerated or detained in any facility, that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted. Please note that a prisoner who has on three or more prior occasions, while detained in any facility, brought an action or appeal in a federal court that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted, will be denied in forma

pauperis status unless that prisoner is under imminent danger of serious physical injury. See 28 U.S.C. § 1915(g).

a.    Parties to previous lawsuit:

Plaintiff(s):Ralph  Baker

Defendant(s):_____Andrea    Carter, JSC (Middlese County_____

b.    Court and docket number:_____

c.    Grounds for dismissal:  ( )   frivolous    ( ) malicious

( )    failure to state a claim upon which relief may be granted

d.    Approximate date of filing lawsuit:__March 13, 2025_____

e.    Approximate date of disposition:_____

If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on separate sheets.

3. Place of Present Confinement?_New Jersey State

Prison_____ 4. Parties

(In item (a) below, place your name in the first blank and place your present address in the second blank. Do the same for additional Plaintiffs, if any.)

a.    Name of plaintiff:_Ralph Baker_____
Address:_New Jersey Stte Prison_____

· Inmate#:79194/SBI#370094A_____

b.   First defendant:

Name:_MarthaMcKinney_____

Official position: Assistant prosecutor,

_____

Place of employment:__Middlesex County  Prosecutor's

Office_25 KirkpstrickSt. 3rd Fl. New Brunswick, New JF and plcing

hi weight   6 feet 175 ibs._____ How is this person involved in

the case?

(i.e., what are you alleging that this person did or did not do
that violated your constitutional rights?)

_____Fabricated evidence, solicitited false testimony from
Jennifer F. Banag, altered te physicl composition of  ski mask, into a
head gear, plced the ski mask into a plastic bag, and forbid any
member of the jury to exaimine and touch the ski mask...Solicit false
evidence from the Somerset County Prosecutor 's office, to change and
alter the physical compiosition of forensic evidence, from  that
belonging to Malik Thompson to the the New Jersey State Police, DNA
anlyst jennifer F. Banaag, of testimony from the Union County into the
testimony within the Middlese County before Judges Dennis Nieves and
Judges Andrea carter, JSC Middlesex, to insert it into the examination
of evidence attributed to Plaintiff Ralph    Baker,after the same ski msk
was admitted into evidence within the jurisdiction witin Somerset
County on Indictment No. 02-09-550I alledging ht Harry Corey of the
New Jersey Stte Police ws the CODIS Manger, when Patric Prusak, was
the ony CODISManger in Feb. may. 2006 and Union Counties. With
holding evidence from Union County on Indictment No 02-10-
1265_even though the Somerset County Prosecutor stipulated that the
evidence ony matched Malik Thompson of Newark, New Jersey, upon
the arrest of the same the   Check Cashinging establishment, one year
alter in Hudson County, on April 17, 2003. Secureding th social
security, and FBI numbers, including but not limited to the indictment
No. and the plea agreement wit Malik Thompson and his attorneys or
te Hudson County Prosecutor's office. but not releasing te identity of

malik Thompson. Including but not limiting the absence of evidence being allowing in the case from the Union County Case, when no such evidence was ever allowed into the evidence from the Middlesex County Presiding Judge James F. Mulvihil, JSC noted in the transcript of January 7, 2004referenced by Judge James F. Mulvihil, as he never allowed any such evidence. Creting a shame trial and shame evidence against Rlph   kare, knowing snd should have known that Ralph Baker suffered from prostate cancer, and colon cancer, and stage four of Kidney Damage in both kidney nd cyst in both stems of the kidney. Identoction by Dense  Counsel David F.Rukne, of David & Barrkett, 47 Park Plce,

---

---

c.      Second defendant:

Name:___Nancy   Hulett, Assisted Prosecutor, 25 Kirkptrick Street, New Brunswick, New Jersey  08901

Official position:_ Fabricated evidence, solicitited false testimony from Jennifer F. Banag, altered te physicl composition of  ski mask, into a head gear, plced the ski mask into a plastic bag, and forbid any member of the jury to exaimine and touch the ski mask...Solicit false evidence from the Somerset County Prosecutor 's office, to change and alter the physical compiosition of forensic evidence, from  that belonging to Malik Thompson to the the New Jersey Stte Police, DNA anlyst jennifer F. Banaag, of testimony from the Union County into the testimony within the Middlese County before Judges Dennis Nieves and Judges Andrea carter, JSC Middlesex, to insert it into the examination of evidence attributed to Plaintiff Ralph    Baker,after the same ski msk was admitted into evidence within the jurisdiction witin Somerset County on Indictment No. 02-09-550I alledging ht Harry Corey of the New Jersey Stte Police ws the CODIS Manger, when Patric Prusak, was the ony CODISManger in Feb. may. 2006 and Union Counties. With holding evidence from Union County on Indictment No 02-10-1265_even though the Somerset County Prosecutor stipulated that the evidence ony matched Malik Thompson of Newark, New Jersey, upon the arrest of the same the   Check Cashinging establishment, one year alter in Hudson County, on April 17, 2003. Secureding th social security, and FBI numbers, including but not limited to the indictment

No. and the plea agreement wit Malik Thompson and his attorneys or te Hudson County Prosecutor's office. but not releasing te identity of malik Thompson. Including but not limiting the absence of evidence being allowing in the case from the Union County Case, when no such evidence was ever allowed into the evidence  from the Middlesex County Presiding Judge James F. Mulvihil, JSC noted in the transcript of January 7, 2004referenced by Judge James F. Mulvihil, as he never allowed any such evidence. Creating a shame trial and shame evidence against Ralph   kare, knowing snd should have known that Ralph Baker suffered from prostate cancer, and colon cancer, and stage four of Kidney Damage in both kidney nd cyst in both stems of the kidney. Identoction by Dense  Counsel David F.Ruhkne, of David & Barrkett, 47 Park Plce,

_____

_____

d.    Second defendant:

_____ Fabricated evidence, solicitited false testimony from Jennifer F. Banag, altered te physicl composition of  ski mask, into a  head gear, plced the ski mask into a plastic bag, and forbid any member of the jury to exaimine and touch the ski mask...Solicit false evidence from the Somerset County Prosecutor 's office, to change and alter the physical compiosition of forensic evidence, from  that belonging to  Malik Thompson to the the New Jersey Stte Police, DNA anlyst jennifer F. Banaag, of testimony from the Union County into the testimony within the Middlese County before Judges Dennis Nieves and Judges Andrea carter, JSC Middlesex, to insert it into the examination of  evidence attributed to Plaintiff Ralph · Baker,after the same ski msk was admitted into evidence within the jurisdiction within Somerset County on Indictment No. 02-09-550I alledging ht Harry Corey of the New Jersey Stte Police ws the CODIS Manger, when Patric Prusak, was the ony CODISManger in Feb. may. 2006 and Union Counties. With holding evidence from Union County on Indictment No 02-10-1265_even though the Somerset County Prosecutor stipulated that the evidence ony matched Malik Thompson of Newark, New Jersey, upon the arrest of the same the   Check Cashinging establishment, one year alter in Hudson County, on April 17, 2003. Secureding th social security, and FBI numbers, including but not limited to the indictment

No. and the plea agreement wit Malik Thompson and his attorneys or te Hudson County Prosecutor's office. but not releasing te identity of malik Thompson. Including but not limiting the absence of evidence being allowing in the case from the Union County Case, when no such evidence was ever allowed into the evidence from the Middlesex County Presiding Judge James F. Mulvihil, JSC noted in the transcript of January 7, 2004 referenced by Judge James F. Mulvihil, as he never allowed any such evidence. Creating a shame trial and shame evidence against Ralph Baker. Knowing and should have known of the actual inncence of the Defendant Ralph Baker because of the altering facts and switching evidence around, including but not limited to the clothing they sked for in conconjunction with Karla DEcua, Investigator for the Middlesex County Prosecution's office knowing snd should have known that Ralph Baker suffered from prostate cancer, and colon cancer, and stage four of Kidney Damage in both kidney nd cyst in both stems of the kidney. Identincation by Defense Counsel David F.Ruhkne, of David & Barett & jean D. Barrett Esq., 47 Park Place, Monclair, New Jersey.

_____

_____

e.    Second defendant:

_____

Place of employment:_____

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

_____

_____

_____

_____

f.    If there are more than two defendants, attach a separate sheet. For each defendant specify: (1) name, (2) official position, (3) place of employment, and (4) involvement of the defendant.

5.    I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in the Statement of Claims on page 6.

__x_Yes      ____No

If your answer is "Yes," briefly describe the steps taken, including how relief was sought, from whom you sought relief, and the results.

_Appeal
court_____
____

And heabas Court at US District Court.__US 2254
(A)_____

_____

If your answer is "No," briefly explain why administrative remedies were not exhausted.

_____

_____

_____

6.    Statement of Claims

(State here as briefly as possible the facts of your case. Describe how each defendant violated your rights, giving dates and places. If you do not specify how each defendant violated your rights and the date(s) and place of the violations, your complaint may be dismissed. Include also the names of other persons who are involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach a separate sheet if necessary.)

_____Abstruction of Justice, in that the physical evidence of _identification waa altered from 194 Ibs. To that of 230 ibs, by the prosecution's office, via defense counsel jack venutri and  Darrayl

Saunders, including Richard M. Robert, and   within the scope of Legal Malpalrtice, in agreement and conspiracy of Martha B. McKinney, after DNA was stipulated within the four corners of the indictment from the Prosecution's Office, the ski mask in the case was altered into a cap or a hat, within the April 4, 2005 transcript, nd the this tin affected the entirety of the case t hand. Including by the withdrawal of the Defense motion by Jack venturi, upon his racial profiling, Selective Prosecution, in accordance with the prosecution's case, and te failure of setting forth any motion for DNA, to be reviewed within the Defense case, even after it was determined that te Somerset County Prosecution had stipulated that the  DNA within he case had match one Malik Thompson, according to the DNA test of the New Jersey State Police, DNA Jennifer F. Banag.

The protection of malik Thompson by Martha B. McKinney prosecution attorney, in her efforts to seek a Judgship in Middlesex County; and her acknowledgement of Defendant medical condition of prostate cancer, colon cancer and omission of 4th stage kidney damage, which would lead to the Defendant Baker immenent Death.

Including but not limited to the false evidence of other crime evidence under Evidence Rule 404(b), when Judge james F. Mulivilhil, Presiding Judge on Transcript January 7, 2004, when Judge Mulvihil noted that he never allowed such evidence from Union County into the Middlesex County case. Including but not limited to her efforts to solicit te evidence from the Somerset County case into the Middlesex County case, which was subsequently dismissed by Judge Edward R. Coleman, on April 3, 2008.

Including but not limited to Plaintiff Employment as a child advocate, founder of Project Redirect, and Plaintiff association with the Gov. Jim McGreevy and Attorney General, and Dana Rone, of the Presidency of the Newark Board of Education, and Gov. Jon Corzine, while he was at the United States Senate and the association of United States Senator Corey Booker, when he was mayor of Newark, and Judge Cassandra Corbit,who sat of Board of Project Redirect Youth & Children Services Inc. Sponsored by mayor Sharpe James, United Health Care Foundation, and te recognition by the Union and Midllesex County officials of the Parole Board official standing in support of Plaintiff political activities. Including but not limitd to the video and records of

political dignitities, photo with Plaintiff Baker within the trunk and rear of the video of te 2002 vehicle of Plaintiff.

Withn the decision of the Union County Court, Indictment No. 02-10-1265 was dismissed on December 7, 2018, based upon the Motion for New Trial regarding the DNA and other newly discovered evidence. In accordance with the dismissal of the prior Union County dismissal of the Indictment Discovered, under Indictment 0307-725 on May 3, 2003 by Judge Hemlich, and the reduction in the $175,000.oo Bail to that of $100,000.00, after Natalie Candela raised the bail, upon the notice of the witness of Michael Wittevrongel arrest and conviction on march 23, 2018, who hd testified at Union and Middlesex Counties, and his scheduled testimony on he third case in Somerset County case._____

These omission and acts affected the efforts of the second Defense Counsel david A. Ruhnkne, of the law firm Ruhkn and Barett_____

_____

_The failure of the Public Entertin Appeals on Motion for DNA and other Discovery issues, at the Appellate Court, and the faiure of Public Defenders to represent Plaintiff within the Middlesex County Trial Courts in 2024_____

_____

7.    Relief

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

_____Plaintiff seeks $16,000,000 because tes constitutional violations, bails, criminal defenses._____

8.      Do you request a jury or non-jury trial? (Check only one)

( ) Jury Trial ( ) Non-Jury Trial

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ____25__ day of ___March_____ , 2025__ __

ANGELA T. WASIELEWSKI
Notary Public, State of New Jersey
Comm. # 0050178148
My Commission Expires 11/17/2026

Signature of plaintiff*

(*EACH PLAINTIFF NAMED IN THE COMPLAINT MUST SIGN THE COMPLAINT
HERE. ADD ADDITIONAL LINES IF THERE IS MORE THAN ONE PLAINTIFF.
REMEMBER, EACH PLAINTIFF MUST SIGN THE COMPLAINT).



### State of New Jersey
DEPARTMENT OF CORRECTIONS
WHITTLESEY ROAD
PO BOX 863
TRENTON NJ 08625-0863

2025 APR 14 A 11: 18

PHILIP D. MURPHY
*Governor*
SHELIA Y. OLIVER
*LT. GOVERNOR*

MARCUS O. HICKS ESQ.
*Acting Commissioner*

December 9, 2019

The Honorable Andrea Carter
Middlesex County Courthouse
56 Paterson Street, PO BOX 964, 5th Fl
New Brunswick, NJ 08903

RE: Baker, Ralph/ SBI# 370094A

Dear Judge Carter:

The above was re-sentenced by Your Honor on 11/21/19 to serve a LIFE term of imprisonment. I respectfully request clarification for the following on resentenced Indictment 02-10-01239-I for the following reasons:

A resentenced judgment was received by this Department noting, as to count 2 of the judgment the defendant is to serve a term of LIFE. The judgment does not address counts 1, 3, 4, 5 and 6 originally sentenced on 11/10/2005. Please advise if it is the counts intent that all provisions are in effect in accordance with the JOC from 11/10/05 regarding all other counts. Pending clarification, counts 1, 3, 4, 5 and 6 have been recorded as they appear on the original judgment sentenced on 11/10/05 and the total term including count 2 is running consecutive to the present sentence. Please clarify.

Furthermore, the defendant was awarded gap time credits from **6/18/06 to 10/07/10**. Count 2 notes a consecutive relationship with sentence presently serving under indictment 02-10-01264-I, which was sentenced on 6/18/04. This department believes the offender may be eligible to receive gap time credit from **6/18/04 to 10/07/05**. Based on amended judgment noting said sentence is consecutive sentence presently serving and retroactive to original sentencing date of indictment (02-10-01239-I) **10/07/05**. Pending clarification credits have been awarded as they appear on the judgment. Please clarify.

For your information, awarding prior service, gap time, Rosado credit or ISP credit as pre-sentence jail credit reduces the amount of commutation time the offender would be entitled to, and therefore, extends his maximum expiration date.

If none will be forthcoming, please indicate via email. If an amended JOC is completed, please notify us when it has been finalized and available for viewing in the EJOC application, as this is our only source of notification. In the absence of a response, we have recorded all counts as they appear on the original judgment and the credits as they appear on the JOC.. Please email responses to:

Judicial_Clarification_Letters@doc.nj.gov

Thank you for your attention to this matter.

Very Truly Yours,

Nakia Wynn
Classification Officer
(609) 292-4036 X 5410 Fax (609) 292-6890
Nakia.Wynn@doc.nj.gov

c: Prosecutor, Martha B. Mckinney, Defense Attorney Melissa D. Karabulut
Parole Counselor, Lionel Henry, Offender Baker, Ralph

MR. Ralph Baker #791194
SBI# 370094A
N. J. S. P.
Post Office Box 861
Trenton New Jersey 08625




William T. Walsh, clerk
U. S. District Court
50 Walnut Street.
Newark, New Jersey 07102