# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

<table>
<tr><td>

**RALPH BAKER**,

          Plaintiff,

          v.

**ANDREA CARTER,** *et al.*,

          Defendants.

</td><td>

Civil Action No. 25-2972 (ZNQ) (RLS)

**ORDER**

</td></tr>
</table>

**QURAISHI, District Judge**

     **THIS MATTER** comes before the Court upon an application to proceed i*n forma pauperis* ("IFP") filed by *pro se* Plaintiff Ralph Baker ("Plaintiff"). ("IFP Application," ECF No. 4). As a result of the IFP Application, the Court conducted a *sua sponte* screening of the Complaint. For the reasons set forth in the accompanying Opinion,

     **IT IS** on this **19th** day of **May 2025**,

     **ORDERED** that Plaintiff's IFP Application is hereby **GRANTED**; it is further

     **ORDERED** that the claims for money damages in the Complaint against the Honorable Andrea G. Carter and the Honorable Edward M. Coleman are hereby **DISMISSED WITH PREJUDICE**; it is further

     **ORDERED** that the claims for money damages in the Complaint against Nancy Hulett, Martha McKinney, and James Lankford are hereby **DISMISSED WITH PREJUDICE**; it is further

     **ORDERED** that the claims that challenge Plaintiff's state court convictions and sentence are hereby **DISMISSED WITHOUT PREJUDICE**; it is further

**ORDERED** that the claims for money damages against Harry Corey in his individual capacity, are hereby **DISMISSED WITHOUT PREJUDICE**; it is further

**ORDERED** that Plaintiff has **thirty (30) days** from the date of this Order to file an Amended Complaint, limited to addressing the defects as to Plaintiff's claim against Harry Corey; if Plaintiff does not file an Amended Complaint by that deadline or cure those defects, this matter will be dismissed with prejudice; and it is further

**ORDERED** that the Clerk is instructed to send a copy of this Order and the accompanying Opinion to Plaintiff by regular mail, and to **ADMINISTRATIVELY TERMINATE** this matter pending the submission of an Amended Complaint.

s/ Zahid N. Quraishi
**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**